proof that the defendant has infringed them by using complainant's knife. On the contrary, the complainant's proof (Record, 25, 42) shows that the defendant used a different knife entirely.

For these reasons, and without considering other, and, as we think, equally fatal objections to the complainant's case, we think the complainant's bill should be dismissed with costs, and will sign a decree to that effect.

[The following is the decree: "This cause having been submitted for final hearing, and the counsel for the respective parties having been heard, and the bill, answer, exhibits, and evidence having been read and considered, it is this 31st day of October, 1877, adjudged, ordered, and decreed that the bill of complaint filed in this cause be and the same is hereby dismissed, with costs to the defendant."] 4

## Case No. 7,480.

JONES v. The MASSACHUSETTS.

## Case No. 7,481.

JONES et al. v. MERRILL et al. SAME v. NOYES et al. SAME v. OSTRANDER et al.

[8 O. G. 401.]

Circuit Court, N. D. New York. 1875.

---

4 [From 2 Hughes. 527.]